IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 04-cr-00507-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.  CHRISTOPHER MILLER**
2.  LARDALE LEWIS,

    Defendants.

---

### ORDER CONTINUING SENTENCING

---

    Defendant Christopher Miller's Second Unopposed Motion to Continue Sentencing (Dkt. # 77) is GRANTED.  It is

    ORDERED that Defendant Miller's sentencing hearing, currently set for February 21, 2006 is CONTINUED to **July 10, 2006 at 9:00 a.m.**

    DATED: February 14, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge