IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 04-cr-00507-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.  CHRISTOPHER MILLER**
2.  LARDALE LEWIS,

    Defendants.

---

## ORDER CONTINUING SENTENCING

---

    Defendant Christopher Miller's Third Unopposed Motion to Continue Sentencing (Dkt. # 80) is GRANTED.  It is

    ORDERED that Defendant Miller's sentencing hearing, currently set for July 10, 2006, is CONTINUED to **August 11, 2006 at 9:30 a.m.**

    DATED: June 21, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*
                                              _____
                                              Phillip S. Figa
                                              United States District Judge