IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 04-cr-00507-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.  CHRISTOPHER MILLER**
2.  LARDALE LEWIS,

    Defendants.

## ORDER RESETTING SENTENCING

This matter is before the Court *sua sponte*. Defendant Miller's sentencing hearing, currently set for August 11, 2006 is RESET to **Monday, August 7, 2006 at 8:30 a.m.**

DATED: July 7, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge