IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 04-cr-00507-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.  CHRISTOPHER MILLER**
2.  LARDALE LEWIS,

    Defendants.

---

### ORDER CONTINUING SENTENCING

---

    Defendant Christopher Miller's Unopposed Motion to Continue Sentencing (Dkt. # 84) is GRANTED.  It is

    ORDERED that Defendant Miller's sentencing hearing, currently set for August 7, 2006, is CONTINUED to **August 18, 2006 at 1:30 p.m.**

    DATED: July 11, 2006

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*
                                      _____
                                      Phillip S. Figa
                                      United States District Judge