IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 04-cr-00507-F

UNITED STATES OF AMERICA,

 Plaintiff,

v.

**1.  CHRISTOPHER MILLER**
2.  LARDALE LEWIS,

 Defendants.

---

### ORDER CONTINUING SENTENCING

---

 This matter is before the Court *sua sponte*.  It is ORDERED that Defendant Miller's sentencing hearing, currently set for August 18, 2006, is CONTINUED to **August 25, 2006 at 1:00 p.m.**

 DATED: July 13, 2006

               BY THE COURT:

               *s/ Phillip S. Figa*
               _____
               Phillip S. Figa
               United States District Judge