IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 04-cr-00507-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.  CHRISTOPHER MILLER**
2.  LARDALE LEWIS,

    Defendants.

---

## ORDER TO RESET SENTENCING

---

    This matter is before the Court *sua sponte*.  It is ORDERED that Defendant Miller's sentencing hearing, currently set for August 25, 2006, is RESET to **Monday, August 21, 2006 at 1:00 p.m.**

    DATED: July 19, 2006

                                                     BY THE COURT:

                                                     *s/ Phillip S. Figa*
                                                     _____
                                                     Phillip S. Figa
                                                     United States District Judge