IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 04-cr-00507-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. CHRISTOPHER MILLER**
2. LARDALE LEWIS,

    Defendants.

_____

**ORDER**
_____

    Defendant's Fourth Unopposed Motion to Continue Sentencing Hearing of Christopher W. Miller (Dkt. # 94) is GRANTED. It is therefore

    ORDERED that the sentencing hearing currently set for August 21, 2006, at 1:00 p.m. is VACATED and reset to **October 23, 2006 at 11:00 a.m.**

    DATED: August 21, 2006.

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          _____
                                          Phillip S. Figa
                                          United States District Judge