# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE PHILLIP S. FIGA

Courtroom Deputy: Bernique Abiakam          Date: October 23, 2006
Court Reporter: Darlene Martinez
Probation Officer: Tony Merlo


Criminal Action No.: 04-cr-00507-PSF-01

*Parties:*                                  *Counsel:*


UNITED STATES OF AMERICA,                   David Conner

    Plaintiff,

v.

1.    CHRISTOPHER MILLER,                    John S. Tatum

    Defendant.

_____

## SENTENCING MINUTES
_____

**11:06 a.m.    Court in session.**

Appearances of counsel.  Defendant present in custody.

**Change of Plea Hearing:    May 23, 2005.**

**Defendant plead guilty to Counts One and Two of the Indictment.**

**ORDERED:  Motion For Reduction of Sentencing On Count 1 Pursuant To §5K1.1 (Filed 10/20/06; Doc. No. 99) is GRANTED.**

Parties received and reviewed the presentence report.

The Government, defense counsel, defendant, and defendant's wife, Shaleena Gadlin, were given an opportunity to make statements before sentencing.

*04-cr-00507-PSF*
*Sentencing*
*October 24, 2006*

## THE DEFENDANT IS SENTENCED AS FOLLOWS:

### IMPRISONMENT:
Defendant is sentenced as to Count One to a term of imprisonment of 6 months, and is sentenced as to Count Two to a term of imprisonment of 84 months, such terms to be served consecutively.

### SUPERVISED RELEASE:
Upon release from imprisonment, defendant shall be placed on supervised release for a period of 5 years. (3 years on Count One, and 5 years on Count Two to run concurrently.)

### Conditions of supervised release (or) probation:
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X) If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

- (X) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because the Presentence Report indicates a low risk of future substance abuse by defendant.

### Special conditions of supervised release (or) probation:
- (X) Defendant shall participate in a program of testing and treatment for drug or alcohol abuse as directed by the probation officer until such time as the

*04-cr-00507-PSF*
*Sentencing*
*October 24, 2006*

        defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer

   (X)   Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless defendant is in compliance with the installment payment schedule.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**
Defendant shall pay restitution in the amount of $1446.22, jointly and severally with defendant No. 2, Lardele Lewis. Restitution is payable in monthly installments of at least $50, during the term of supervised release.

Interest is waived.

Disbursement of restitution payments may be deferred until the balance of the court registry account totals at least $600.00. Payments are to be made to the Clerk of the United States District Court for disbursement to the payee:

        Liberty Mutual Insurance Company
        WC Subrogation
        P.O. Box 8017
        Wausau, WI 42202-8017

This obligation shall be due and payable during the period of incarceration, with any unpaid balance being paid during the term of supervised release as directed by the probation officer.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 200.00, due immediately.

Defendant is advised of the right to appeal.

**ORDER:**    Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

*04-cr-00507-PSF*
*Sentencing*
*October 24, 2006*

**12:09 p.m.    Court in recess.**
Total in-court time: 1 hour 3 minutes